Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 8492

Magistrate Case Number:

The person charged as MIRANDA, Alfredo Donis now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Central District of California in violation of Probation Violation with Title 18, United States Code, Section(s)3583(e)(3)

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 06/02/2008

(signature)

M. J. HERNANDEZ S., SDUSM

(Printed Name)

Deputy United States Marshal

Reviewed and Approved:

Dated: 6-2-08

Assistant United States Attorney

FILED

JUN 02 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES PROBATION OFFICE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>ALFREDO DONIS MIRANDA<br>Defendant(s) | CASE NUMBER:<br>CR05-00410-DDP<br>61893-208<br><br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest ALFREDO DONIS MIRANDA

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

'07 JUN -8 P 4:17

RECEIVED
U.S. MARSHALS SERVICE
RIVERSIDE, CALIF.

| | |
|---|---|
| Sherri R. Carter<br>NAME OF ISSUING OFFICER | |
| Clerk of Court<br>TITLE OF ISSUING OFFICER | 6/4/07/ Los Angeles<br>DATE AND LOCATION OF ISSUANCE |
| SIGNATURE OF DEPUTY CLERK | BY: Dean D. Pregerson<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

PROB 12
(Rev. 11/04)

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. ALFREDO DONIS MIRANDA

Docket No. CR05-00410-DDP

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ALFREDO DONIS MIRANDA who was placed on supervision by the Honorable DEAN D. PREGERSON sitting in the Court at Los Angeles, California, on the 22nd day of August, 2005 who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Alfredo Miranda before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 31 day of May, 2007 and ordered filed and made a part of the records in the above case.

United States District Judge
DEAN D. PREGERSON

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 21, 2007

JODIE C. KNEZ
U. S. Probation Officer

Place: San Bernardino, California

U.S.A. VS. ALFREDO DONIS MIRANDA
DOCKET NO. CR05-00410-DDP

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, state or local crime, on March 22, 2007, in Yavapai County, Arizona, Alfredo Donis Miranda committed violations of Arizona State laws for not providing vehicle insurance, registration, drivers licence and for failing to prove his true identity. On April 24, 2007, in Yavapai County, Alfredo Donis Miranda pleaded no contest to the charge of failure to show identification which constitutes a Class II misdemeanor.

2. Having been ordered by the Court not to obtain nor possess any drivers licence, social security number, birth certificate, passport or any other form of identification in any name, other than his true legal name, nor use, for any purpose nor in any manner, any name other than his true legal name, on March 22, 2007, in Yavapai County, Arizona, Alfredo Donis Miranda presented identification to an Arizona Law Enforcement Officer which bore the name of Geovanny Rojas Bonilla with the birth date of February 14, 1983.

3. Having been ordered by the Court to notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer, Mr. Alfredo Donis Miranda has failed to report to the Probation Office by phone or in person since his receipt of a citation for violating traffic laws and questioning by an Arizona Law Enforcement Officer on March 22, 2007

4. Having been ordered by the Court to comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement (ICE) and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally; and, that within 72 hours of release from any custody or any reentry to the Untied States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at: United States Court House 312 North Spring Street, Room 600, Los Angeles, California 90012, on March 22, 2007, Mr. Alfredo Donis Miranda was found to be present in the United States upon receipt of his traffic citation in the state of Arizona. According to ICE, he has not been granted permission to re-enter the United States.