**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**JUNE 6, 2008**

**HON. PETER C. LEWIS** **DEPUTY CLERK: M. BEHNING**

08MJ8492-PCL USA VS ALFREDO DONIS MIRANDA(1/C/SPA)61893208

1: DIANE REGAN, FD
AUSA: JOHN WEIS

REMOVAL/ID HEARING
======================================================================
PCL08:1157-1159

DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 32.1 FILED
COURT ORDERS DEFT REMOVED FORTHWITH

GOVT TO SUBMIT THE WARRANT OF REMOVAL